ROBERT C. WEEMS (SBN 148156)
769 Center Blvd., PMB 38
Fairfax, CA 94930
Ph: (415) 881-7653
Fx: (866) 610-1430
rcweems@weemslawoffices.com

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JEFFREY LEE WELLS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL No.: 3:12-cv-05287-JST<br><br>STIPULATION AND ORDER TO REOPEN CASE FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that plaintiff Jeffrey Lee Wells will be awarded attorney fees in the amount of two-thousand, seven-hundred dollars and thirty-nine cents ($2,737.39) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 2412(d), 1920.

    After the Court issues an order for EAJA fees to plaintiff, the Defendant will consider any assignment of EAJA fees to attorney Robert C. Weems. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2252-2253 (2010), the ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's

Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Mr. Jeffrey Lee Wells, but if the Department of the Treasury determines that Mr. Jeffrey Lee Wells does not owe a federal debt, then the government shall cause the payment of fees to be made directly to Mr. Robert C. Weems his attorney, pursuant to any assignment executed by Plaintiff. Any payments made shall be delivered to Mr. Robert C. Weems, Mr. Jeffrey Well's attorney.

This stipulation constitutes a compromise settlement of plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant.

Dated:  February 25, 2014

<u>Signed /Robert C. Weems/</u>
ROBERT C. WEEMS
Attorney for Plaintiff, Jeffrey Wells

Dated:  February 25, 2014

<u>Signed /Jeffrey T. Chen/</u> by e-mail
JEFFREY T. CHEN
Special Assistant United States Attorney
and Attorney for the Defendant

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

```
Wells, EXT.STIP REOPEN
3:12-cv-05287   JST
```

ORDER

PURSUANT TO STIPULATION, THE PARTIES HAVE COMPROMISED ON ISSUEANCE OF ATTORNEY'S FEE UNDER EAJA IN THE AMOUNT OF $2,737.39.  THE CLERK OF COURT IS DIRECTED TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT.

IT IS SO ORDERED.

Dated:  March 31, 2014



JON S. TIGAR
United Stated District Judge